No. 01–5211.  BOYD *v.* KEYBOARD ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–5212.  GARCIA-LONZO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–5213.  FORBES *v.* TEXAS.  Ct. App. Tex., 1st Dist.  Certiorari denied.

No. 01–5214.  HARVEY *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–5215.  FRENCHIK *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 01–5216.  IRVIN *v.* STINE, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 01–5217.  HOUSER *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–5218.  GREGORY *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 01–5220.  HALL *v.* CALIFORNIA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–5221.  FRAZIER *v.* POSTON.  C. A. 8th Cir.  Certiorari denied.

No. 01–5222.  LYON *v.* SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 01–5223.  LOVEDAY *v.* BERGHUIS, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 01–5224.  JONES *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–5225.  HAMILTON *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–5226.  HARRIS *v.* JOHNSON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 01–5227.  WALKER *v.* MORRISON, WARDEN.  C. A. 6th Cir.  Certiorari denied.